IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IVTx, INC.,
d/b/a Express Scripts
  Infusion Services,

       Plaintiff,

-against-

UNITED HEALTHCARE OF THE
  MID-ATLANTIC, INC.,

       Defendant.

Civil Action No.

00CV0055 WMN

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff IVTx, Inc., *d/b/a* Express Scripts Infusion Services, and defendant United Healthcare of the Mid-Atlantic, Inc. ("United Healthcare") that the time for United Healthcare to answer, move against or otherwise respond to plaintiff's complaint is hereby extended to February 22, 2000. United Healthcare has neither requested nor has it been granted any prior extension.

MARCELL SOLOMON & ASSOCIATES

By: /s/ Marcell Solomon
   Marcell Solomon
   Bar No. 22257

7500 Greenway Center Drive
Suite 1100
Greenbelt, MD  20770
(301) 486-0700

PHILLIPS NIZER BENJAMIN KRIM
  & BALLON LLP

Eric Waxman, III, Esq.
Leslie Barr, Esq.

600 Old Country Road
Garden City, N.Y. 11530
(516) 229-9400

*Attorneys for Defendant
United Healthcare of the
Mid-Atlantic, Inc.*

LEITESS, LEITESS & FRIEDBERG, P.C.

By: _____ w/permission _____
Steven N. Leitess, Fed Bar No. 05856

25 Hooks Lane
Suite 302
Baltimore, MD 21208

*Attorneys for Plaintiff IVTx, Inc.*
*d/b/a Express Scripts Infusion Services*

SO ORDERED on this 2nd day of February 2000

_____
United States District Judge
   for the District of Maryland