IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IVTX, INC. d/b/a EXPRESS SCRIPTS :
INFUSION SERVICES
                                  :
v.                                :   Civil Action WMN-00-0055
                                  :
UNITED HEALTHCARE OF THE          :
MID-ATLANTIC, INC.                :
                                  :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 11th day of August 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion to Dismiss (Paper No. 6) is hereby GRANTED;

2. That this action is hereby CLOSED;

3. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. p. 58; and

4. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge